1  MCGREGOR W. SCOTT
   United States Attorney
2  CATHERINE J. SWANN
   Assistant United States Attorney
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone: (916) 554-2762
   Facsimile: (916) 554-2900
5



**FILED**

**Mar 04, 2019**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for the United States of America

7              IN THE UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA and STATE          CASE NO.  2:16-cv-2600 KJM EFB
    OF CALIFORNIA, *ex rel.* TRACEY FREMD,
11
                Plaintiffs,
12                                              **THE UNITED STATES' NOTICE OF**
            v.                                  **PARTIAL INTERVENTION FOR**
13                                              **SETTLEMENT AND PARTIAL**
    ADVANCED PAIN DIAGNOSTIC AND                **DECLINATION**
14  SOLUTIONS II, LLC; KAYVAN
    HADDADAN; and JESSE VAUGHN,
15
                Defendants.
16

17

18          Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2), (3), and (4), the United States

19  notifies this Court that it is partially intervening in this action for the purpose of filing a Joint

20  Stipulation of Dismissal consistent with a settlement agreement that includes the United States,

21  California, Relator, and Defendants Advanced Pain Diagnostic and Solutions II, LLC and Kayvan

22  Haddadan ("Settling Defendants").  Specifically, the United States intervenes with respect to

23  allegations that Settling Defendants knowingly submitted false claims for reimbursement to

24  California's Medi-Cal program ("Medi-Cal") for services rendered by a provider who was excluded

25  from participation in the Medi-Cal program.  The United States declines with respect to the

26  remaining allegations in relator's Complaint.  The parties will file said Joint Stipulation of Dismissal

27  in the near future.

28

THE UNITED STATES' NOTICE OF PARTIAL
INTERVENTION FOR SETTLEMENT AND PARTIAL
DECLINATION

1

1

2

3

4

5

6

7

8

     The United States requests that relator's Complaint, along with this Notice of Intervention and the Court's Order thereon, be unsealed.  The United States further requests that all other previously-filed contents of the Court's file in this matter (including any applications filed by the United States for an extension of the investigative period and supporting documents, applications for partial lifting of the seal, and any orders previously entered in this matter) remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

9

     A proposed order accompanies this notice.

10

11

                                  MCGREGOR W. SCOTT
United States Attorney

12

                                  Eastern District of California

13

14

DATED:  March 4, 2019                   BY:     */s/ Catherine J. Swann*

                                            Catherine J. Swann

15

                                            Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

THE UNITED STATES' NOTICE OF PARTIAL
INTERVENTION FOR SETTLEMENT AND PARTIAL
DECLINATION

2

1

**CERTIFICATE OF SERVICE BY ELECTRONIC MAIL**

2

The undersigned hereby certifies that she is an employee in the Office of the United States

3

Attorney for the Eastern District of California and is a person of such age and discretion to be

4

competent to serve papers.

5

That on March 4, 2019, she served a copy of:

6

7

**THE UNITED STATES' NOTICE OF PARTIAL INTERVENTION
FOR SETTLEMENT AND PARTIAL DECLINATION**

8

by sending via electronic mail to the following individual(s) at the noted email address(es).

9

10

**Addressee(s):**

11

Janel Quinn
Jquinn@employmentlawgroup.com

12

Employment Law Group (R) A Professional Corporation
888 17th Street, NW, Suite 900

13

Washington, DC 20006-3307

14

15

Jennifer Gregory
Jennifer.Gregory@doj.ca.gov

16

Bureau of Medi-Cal Fraud and Elder Abuse
2329 Gateway Oaks Drive, Suite 200

17

Sacramento, CA 95833-4252

18

19

_/s/Kimberly Siegfried_
KIMBERLY SIEGFRIED

20

Legal Assistant

21

22

23

24

25

26

27

28

1