1  MCGREGOR W. SCOTT
   United States Attorney
2  CATHERINE J. SWANN
   Assistant United States Attorney
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone: (916) 554-2762
   Facsimile: (916) 554-2900
5

6  Attorneys for the United States of America

7             IN THE UNITED STATES DISTRICT COURT

8             EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA and STATE        CASE NO.  2:16-cv-2600 KJM EFB
   OF CALIFORNIA, *ex rel.* TRACEY FREMD,
10
                       Plaintiffs,
11                                             **ORDER ON THE UNITED STATES' NOTICE**
        v.                                     **OF PARTIAL INTERVENTION FOR**
12                                             **SETTLEMENT AND PARTIAL DECLINATION**
   ADVANCED PAIN DIAGNOSTIC AND
13 SOLUTIONS II, LLC; KAYVAN
   HADDADAN; and JESSE VAUGHN,
14
                       Defendants.
15

16        The United States having intervened in this action, pursuant to the False Claims Act, 31

17 U.S.C. § 3730(b)(2), (3), and (4), the Court rules as follows:

18        IT IS ORDERED that relator's Complaint, the United States' Notice of Partial Intervention

19 for Settlement, and this Order, be unsealed;

20        IT IS FURTHER ORDERED that all other previously-filed contents of the Court's file in this

21 action remain under seal and not be made public, or served upon defendant; and

22        IT IS FURTHER ORDERED that the seal shall be lifted on all matters occurring in this

23 action after the date of this Order.

24        IT IS SO ORDERED.

25 DATE:_ March 11, 2019.

26                                             _____
                                               UNITED STATES DISTRICT JUDGE
27

28