MCGREGOR W. SCOTT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel.* TRACEY FREMD,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED PAIN DIAGNOSTIC AND SOLUTIONS II, LLC; KAYVAN HADDADAN; and JESSE VAUGHN,<br><br>Defendants. | CASE NO.  2:16-cv-2600 KJM EFB<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the False Claims Act, 31 U.S.C. § 3730(b)(1), and the California False Claims Act, Cal. Gov't Code § 12652(c)(1), the United States, the State of California, and relator Tracey Fremd, ("Relator"), through their undersigned counsel, hereby stipulate to the dismissal of all claims asserted in the complaint currently filed in the above-captioned action in accordance with the terms of a settlement agreement effective February 27, 2019 ("Agreement").  This dismissal is with prejudice as to Relator.  As to the United States and the State of California, this dismissal is with prejudice with respect to the Covered Conduct as defined in the Agreement only, and otherwise without prejudice.  Relator stipulates that the Agreement is fair, adequate, and reasonable, and that she agrees not to challenge the subject settlement pursuant to 31 U.S.C. § 3730(c)(2)(B) and Cal. Gov't Code § 12652(e)(2)(B).

STIPULATION OF DISMISSAL

1

A stipulated dismissal under Fed. R. Civ. P. 41(a)(1) is appropriate because no defendant has appeared in this action; therefore, all parties who have appeared now stipulate to dismissal. The other named governmental plaintiffs, by and through their assigned counsel, have informed and authorized the attorneys for the State of California to inform the Court of their respective consent to dismissal of the complaint filed in this action without prejudice as to them.

A proposed order accompanies this notice. The undersigned parties, therefore, respectfully request that the Court enter the proposed order filed herewith.

**THE UNITED STATES OF AMERICA**

MCGREGOR W. SCOTT  
United States Attorney  
Eastern District of California

DATED:      BY:  */s/ Catherine J. Swann*  
Catherine J. Swann  
Assistant United States Attorney

**STATE OF CALIFORNIA**

XAVIER BECERRA  
Attorney General of the State of California

DATED:      BY:  */s/ Jennifer S. Gregory* (as authorized on April 10, 2019)  
Jennifer S. Gregory  
Bernice L. Louie Yew  
Deputy Attorney General  
Bureau of Medi-Cal Fraud and Elder-Abuse

**RELATOR TRACEY FREMD**

EMPLOYMENT LAW GROUP

DATED:      BY:  */s/ Janel Quinn* (as authorized on March 12, 2019)  
Janel Quinn  
Counsel for Relator Tracey Fremd

STIPULATION OF DISMISSAL

2

# CERTIFICATE OF SERVICE BY ELECTRONIC MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on April 11, 2019, she served a copy of:

## STIPULATION OF DISMISSAL

by sending via electronic mail to the following individual(s) at the noted email address(es).

**Addressee(s):**

Janel Quinn
Jquinn@employmentlawgroup.com
Employment Law Group (R) A Professional Corporation
888 17th Street, NW, Suite 900
Washington, DC 20006-3307


Jennifer Gregory
Jennifer Gregory Jennifer.Gregory@doj.ca.gov
Bureau of Medi-Cal Fraud and Elder Abuse
2329 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833-4252

                                            */s/Kimberly Siegfried*
                                            KIMBERLY SIEGFRIED
                                            Legal Assistant

1